**Kendra Katrise DESHAZER,**
**Plaintiff–Appellant**

v.

**CITY OF PARAGOULD, ARKANSAS;**
**William Shaw, Director, Greene County Jail, Defendants–Appellees.**

**No. 14–3369.**

United States Court of Appeals,
Eighth Circuit.

Submitted: April 16, 2015.

Filed: April 24, 2015.

Kendra Katrise Deshazer, Arkansas Department of Corrections, Wrightsville, AR, pro se.

Kimberly B. Dale, Branch & Thompson, Paragould, AR, Jason E. Owens, Michael R. Rainwater, Geoffrey Thompson, Rainwater & Holt, Little Rock, AR, for Defendants–Appellees.

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Kendra Deshazer appeals after the District Court[1] dismissed her pro se 42

---

1. The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.

U.S.C. § 1983 complaint as time-barred. Upon careful de novo review, we agree with the District Court's decision. *See Levy v. Ohl*, 477 F.3d 988, 991 (8th Cir. 2007) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.